# United States Court of Appeals
### For the Eighth Circuit

_____

No. 16-3776

_____

United States of America

*Plaintiff - Appellee*

v.

Jason Jonathan Olsson

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Joplin

_____

Submitted: April 26, 2017
Filed: May 1, 2017
[Unpublished]

_____

Before GRUENDER, ARNOLD, and BENTON, Circuit Judges.

_____

PER CURIAM.

Jason Olsson directly appeals the sentence the district court[1] imposed after he pled guilty to conspiracy to commit a drug offense, pursuant to a plea agreement that

_____

[1]The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri.

contained an appeal waiver. His counsel has moved for leave to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 38 (1967), questioning the reasonableness of Olsson's sentence.

Upon careful review, we conclude that the appeal waiver is enforceable and applicable to the issue raised in this appeal. *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review of validity and applicability of appeal waiver); *United States v. Andis*, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (appeal waiver will be enforced if appeal falls within scope of waiver, defendant knowingly and voluntarily entered into plea agreement and waiver, and enforcing waiver would not result in miscarriage of justice). In addition, we have independently reviewed the record, pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal outside the scope of the waiver. Accordingly, we dismiss this appeal, and we grant counsel's motion for leave to withdraw.

_____